# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143736(53)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                         SC: 143736
                         COA: 295240

JASON JOSEPH ZAJACZKOWSKI,
      Defendant-Appellant.
_____

                         Kent CC: 08-008413-FC

      On order of the Chief Justice, the motion by defendant-appellant for extension to June 5, 2012 of the time for filing his brief and appendix is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2012 _____

_____
Clerk